UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
YORMAN SOTO, :
:
Plaintiff, :
: 19-CV-10053 (VSB)
-against- :
: **ORDER**
CIRSMELI DELI GROCERY INC., et al., :
:
Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    Plaintiff filed this action on October 30, 2019, (Doc. 1), and filed affidavits of service on November 12, 2019, (Docs. 12, 13), and January 10, 2020, (Docs. 14, 15). The latest deadline for any of the Defendants to respond to Plaintiff's complaint was December 9, 2019. (*See* Doc. 14.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April, 2, 2020. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 3, 2020
           New York, New York

Vernon S. Broderick
United States District Judge