UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
YORMAN SOTO, :
:
:
                       Plaintiff, :
:        19-cv-10053 (VSB)
       -against- :
:        **ORDER**
CRISMELI DELI GROCERY INC, et al., :
:
                    Defendants. :
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

      In accordance with my comments at the Order to Show Cause hearing on December 10, 2020, it is hereby:

      ORDERED that default judgment is entered in favor of Plaintiff and against Defendants Crismeli Deli Grocery Inc, Decatur Deli Food Corp., Jose Dolores Garcia, and Reymundo Cosme.  This case will be referred to the magistrate judge for an inquest on damages.

SO ORDERED.

Dated:  December 10, 2020
          New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge