UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YORMAN SOTO, *individually and on behalf of all others similarly situated*,

                       Plaintiffs,

      -against-                              19 **CIVIL** 10053 (VSB)(BCM)

## JUDGMENT

CRISMELI DELI GROCERY INC., et al.

                       Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Report and Recommendation dated June 28, 2024, and the Court's Order dated August 8, 2024, the Court ADOPTS the Report and Recommendation in its entirety, and that plaintiff be awarded damages in the aggregate amount of $162,653.44, plus prejudgment interest, against all defendants, comprising: (a) $73,517.22 in compensatory damages for defendants' failure to pay required minimum and overtime wages; (b) $73,517.22 in liquidated damages for the wage violations; (c) $7,195.50 for defendants' failure to provide "spread of hours" pay; (d) $7,195.50 in liquidated damages for the spread of hours violations; (e) $828.00 in attorneys' fees; (f) $400.00 in costs; and (g) prejudgment interest in the amount of $19.90 per day from June 10, 2018 to the date of entry of final judgment, totaling to $49, 252.50 in total interest.

**Dated:** New York, New York

     March 19, 2025

                                                            **TAMMI M HELLWIG**
                                                                **Clerk of Court**

                              **BY:**

                                                                  **Deputy Clerk**